MEMORANDUM

DATE:   June 30, 2004

TO:   Deborah Keefe
      Miscellaneous Business Docket

FROM:   Nancy M. Rojas
        Financial Litigation Unit
        U.S. Attorney's Office

RE:   **U.S. v. Merle H. Weber**

    Attached is a certified copy of the Judgment entered in the District Court of Lawrence, Essex County. Please register the Judgment in this district; issue an MBD Number; annotate the MBD number on the bottom of this form; and return this form to my attention. The judgment debtor resides at 137 Portland Street, Haverhill, MA 01830.

    The U.S. Attorney's Office is aware of USDC case number 1:95-mc-10780. The U.S. Attorney's Office hereby request that upon issuance of an MBD Number, that this matter supercede all prior MBD docketed cases relating to the above-mentioned defendant.

    Please note that pursuant to 28 U.S.C. § 1963, the United States no longer has to file a CIV 101 with its request to register a judgment. If you have any questions, please contact me at (617) 748-3288. Thank you for your attention to this matter.

Attachment

MBD No.   **04MBD 10194**

Dated:   7/8/04

## ASSIGNMENT OF JUDGMENT

I, Sherri Brown, representing the Student Loan Marketing Association/Loan Servicing Center/Kansas (Sallie Mae) of 2000 Bluffs Drive, City of Lawrence, County of Douglas, State of Kansas, in consideration of the sum of $60360.77, receipt of which is acknowledged, paid to me by the United States of America, the assignee, hereby assign to the assignee the judgment, recovered by the Student Loan Marketing Association/Loan Servicing Center/Kansas on 09/26/89, docketed in Commonwealth of Ma, Lawrence Division, Case No. 2839/88, against Merle H. Weber for $67174.45 (amount of judgment, indicating treatment of interest, court costs, and attorney's fees, if appropriate).

Assignor authorizes the United States of America to ask, demand, and receive, and to sue out executions and take all lawful ways for recovery of the money due or to become due on this judgment.

The Loan Servicing Center/Kansas address is:
> 2000 Bluffs Drive
> Lawrence, KS 66044
> (785)841-0234

The DHHS address is:

> Department of Health and Human Services
> Debt Management Branch, 5600 Fishers Lane
> Room 16A-09
> Rockville, MD 20857
> (301)443-1782

I have executed this assignment at Loan Servicing Center/Kansas the 24 day of May, 1999.

Signature _Sherri Brown_

Sworn before me the 24 day of May, 1999.

_(Notary Public)_

Affiant X is known to me personally
____ provided valid identification
Type of identification provided

My commission expires 4-2-2001

NOTARY PUBLIC - State of Kansas
PAMELA G. UNDERWOOD
My Appt. Exp. 4-2-2001